ACCEPTED
14-14-00754-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 1:10:59 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00754-CV

## IN THE COURT OF APPEALS
## FOR THE FOURTEENTH JUDICIAL DISTRICT
## OF TEXAS AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 1:10:59 PM
CHRISTOPHER A. PRINE
Clerk

**ANDRE MCCOY, AS PERMANENT GUARDIAN OF
SHANNON MILES MCCOY, AN INCAPACITATED PERSON,**
*Appellants*,

**V.**

**FEMPARTNERS, INC., FEMPARTNERS OF CENTRAL
HOUSTON, L.P. f/k/a OGA MANAGEMENT PARTNERSHIP, L.P.
NEW OGA, INC., PROASSURANCE CORPORATION; AMERICAN
PHYSICIANS SERVICES GROUP, INC. AND AMERICAN PHYSICIANS
SERVICES GROUP, INC. F/K/A AMERICAN PHYSICIANS INSURANCE
COMPANY F/K/A AMERICAN PHYSICIANS INSURANCE EXCHANGE,**
*Appellees*.

**On Appeal from Probate Court Number Two
Of Harris County, Texas
Trial Court Cause No. 352,923-404**

**UNOPPOSED SECOND MOTION FOR
EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

STRAWN PICKENS, LLP
John R. Strawn, Jr. #19374100
Victoria Skinner #24005579
Pennzoil Place, South Tower
711 Louisiana, Suite 1850
Houston, Texas 77002
jstrawn@strawnpickens.com
vskinner@strawnpickens.com
ATTORNEYS FOR APPELLEE
FemPartners, Inc., FemPartners of
Central Houston, L.P., and New
OGA, Inc

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellees FemPartners, Inc., FemPartners of Central Houston, L.P. ("Central Houston"), and New OGA, Inc. (collectively "FemPartners") ("Appellees") respectfully file this unopposed Second Motion seeking an extension of thirty (30) days to file Appellees' brief in this matter. Appellees show the following:

1. Appellees are FemPartners, Inc., FemPartners of Central Houston, L.P. ("Central Houston"), and New OGA, Inc. (collectively "FemPartners"); Appellant is Andre McCoy, as permanent guardian of Shannon Miles McCoy, an Incapacitated Person.

2. This motion is filed within any deadline contemplated under Tex. R. App. P. 10.1, 10.5.

3. This Motion for Extension is unopposed.

4. The Court may grant an extension of time under the authority of Tex. R. App. P. 10.5(b).

5. This is an appeal of a summary judgment entered in Probate Court Number Two, Harris County, Texas. The deadline to file Appellees' brief is March 23, 2015.

6.     Appellees request an additional thirty (30) days to file their brief, extending the time that the brief is due until April 21, 2015.

7.     Appellees do not seek this extension for reasons of delay. Rather, counsel for Appellees have been exceptionally busy with other projects which occupy the time that counsel would ordinarily use to prepare the Appellees' brief, including but not limited to:

- Preparation for and participation in a multi-million dollar complex international arbitrating hearing, *Friede & Goldman L.L.C. v HICO America Sales & Technology, Inc.* (American Arbitration Association ICDR Case 50 20 1200 0918 2 GM) that ended March 9, 2015;

- Preparation for trial in Cause No. 2013-76981; *Adam Lefton vs. Northstar Healthcare Acquisitions, L.L.C. and Northstar Healthcare, Inc.*, in the 11th Judicial District of Harris County, Texas, which had been assigned to trial starting March 30, 2015; and

- Counsel has a longstanding family trip scheduled for March 13, 2015 through March 23, 2015.

8.     Appellees have sought one prior extension to file their brief in this matter.

9.     For the above reasons, Appellees respectfully request the Court grant an extension of time to file Appellees' brief in this appeal until April 21, 2015.  Appellees respectfully request all other appropriate relief.

Respectfully submitted,

STRAWN PICKENS LLP

By: /s/ John R. Strawn Jr.
John R. Strawn, Jr., #19374100
Victoria Skinner #24005579
Pennzoil Place, South Tower
711 Louisiana, Suite 1850
Houston, Texas 77002
(713) 659-9600
(713) 659-9601 Facsimile
jstrawn@strawnpickens.com
vskinner@strawnpickens.com
ATTORNEYS FOR APPELLEE
FemPartners, Inc., FemPartners of Central Houston, L.P., and New OGA, Inc.

## CERTIFICATE OF CONFERENCE

In accordance with TEX. R. APP. P. 10.1(a)(5), the undersigned counsel has contacted counsel for Appellant and Appellant is unopposed to the Motion For Extension of Time To File Appeelles' Brief.

/s/ John R. Strawn, Jr.
John R. Strawn, Jr.

## <u>CERTIFICATE OF SERVICE</u>

I, John R. Strawn, Jr., hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Texas Rules of Appellate Procedure on this 13th day of March 2015.

Alexander B. Klein, III
Email: alex@thekleinlawfirm.com
THE KLEIN LAW FIRM
2000 The Lyric Centre
440 Louisiana Street
Houston, Texas 77002

Tynan Buthod
Email: ty.buthod@bakerbotts.com
Brandon Goodwin
Email:Brandon.goodwin@bakerbotts.com
BAKER BOTTS, L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002

J. Todd Trombley
Email: todd@trombleylaw.com
THE TROMBLEY LAW FIRM, P.L.L.C.
442 Heights Boulevard
Houston, Texas 77007

/s/ John R. Strawn, Jr.
John R. Strawn, Jr.